UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-cr-00707 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | [Resolving Docs. 359 & 367] |
| v. | : | |
| | : | |
| RICKY SIMMONDS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Federal inmate Ricky Simmonds files two postconviction motions. Neither succeeds.

First, Simmonds asks the Court to modify or defer fines and a special assessment, totaling $12,700, Simmonds owes the government. After Simmonds refused to make a $150 monthly installment payment, the BOP imposed sanctions, including restricting Simmonds's spending and garnishing any Simmonds account deposits.

The Probation Office says that Simmonds and the government have since renegotiated a $50-per-month automatic-deduction payment plan, which removes the payment-refusal sanctions.[1] In light of this new payment plan, the Court **DENIES** Simmonds's motion to defer or modify the fines and assessment.

Second, Simmonds asks for an order transferring custody of seized ammunition so that the ammunition can be sold and the proceeds credited against Simmonds's debt. But Simmonds already forfeited the ammunition to the United States.[2] Because Simmonds no longer has any property interest in the ammunition, the Court **DENIES** the transfer motion.

---

[1] Doc. 360.
[2] Doc. 342.

Case No. 1:20-cr-00707
GWIN, J.

IT IS SO ORDERED.

Dated: August 2, 2023                  *s/      James S. Gwin*
                                       JAMES S. GWIN
                                       UNITED STATES DISTRICT JUDGE